UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:
SCOTT C. MONTGOMERY
Debtor

CASE NUMBER: 19-30312
CHAPTER 13

## SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on October 28, 2019.

On August 11, 2019, Scott Montgomery, by counsel, filed the Amended Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller and Creditor Nationstar Mortgage were the only parties in interest who timely filed an objection to confirmation of the Debtor's Plan. On October 24, 2019, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor and Creditor, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.

3. Debtor's mortgage with Nationstar Mortgage, Claim 3, was transferred to U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust, c/o SN Servicing

Corporation. The Plan as filed pays this claim in full, but shall instead be paid as cure and maintain via the Trustee conduit.

4. Debtor will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the required amount of refunds due under the confirmed plan within 14 days of receipt of the refund.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $2,810.00 is due and payable from the estate.

APPROVED:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

/s/ Regina Wilkinson
Attorney for Debtor
1000 Washington Street
Michigan City, IN 46360
(219) 871-1234

/s/ Molly Slutsky Simons
Attorney for Creditor
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
(513) 444-4100

SO ORDERED.

_____
HARRY C. DEES, JR., BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT